UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZACHARY PERKINS § | |
| § | **CIVIL ACTION NO. 3:21-CV-2013-D** |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| CURTIS HAYES and SHERRY HAYES § | |
| § | |
| **Defendant** § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: April 5, 2022         Respectfully,

By:    */s/ R. Bruce Tharpe*
       R. Bruce Tharpe

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF ZACHARY PERKINS

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Northern District of Texas ECF system on 04/05/2022.

                       */s/ R. Bruce Tharpe*
                       R. Bruce Tharpe