UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZACHARY PERKINS | § |
| | § **CIVIL ACTION NO. 3:21-CV-2013-D** |
| **Plaintiff** | § |
| | § |
| VS. | § |
| | § |
| CURTIS HAYES and SHERRY HAYES | § |
| | § |
| **Defendant** | § |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff Zachary Perkins and Defendants Curtis Hayes and Sherry Hayes' *Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)*, it is hereby ORDERED, ADJUDGED, AND DECREED that all claims between Plaintiff Zachary Perkins and Defendants Curtis Hayes and Sherry Hayes shall be DISMISSED WITH PREJUDICE in their entirety, each party to bear their own costs and fees.

IT IS SO ORDERED.

DATED this  12th  day of   July        , 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE